

2014 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

10-14-2014

# USA v. Joseph Donahue

Precedential or Non-Precedential: Precedential

Docket No. 13-4767

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2014

## Recommended Citation

"USA v. Joseph Donahue" (2014). *2014 Decisions.* Paper 1073.
http://digitalcommons.law.villanova.edu/thirdcircuit_2014/1073

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2014 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 13-4767
_____

UNITED STATES OF AMERICA,
                                        Appellant

v.

JOSEPH P. DONAHUE
_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. Crim. No. 3-11-cr-00033-001)
Honorable A. Richard Caputo, District Judge

Before:  AMBRO, GREENBERG, and BARRY, <u>Circuit</u> <u>Judges</u>
_____

ORDER AMENDING OPINION
_____

It is hereby O R D E R E D that the opinion filed on August 22, 2014 in this matter is hereby amended to delete footnote number 8 on page 16 of the opinion.  An amended opinion will be issued.  As the amendment does not alter the disposition of the appeal, the judgment will not be modified.


By the Court,


<u>s/ Morton I. Greenberg</u>
Circuit Judge

Dated: October 14, 2014
CJG/cc:     Rodd K. Hinkley, Esq.
            Gino Angelo Bartolai, Jr., Esq.